# EXHIBIT A

| From: | Jennifer Jacobs |
|---|---|
| Sent: | Friday, May 29, 2015 6:03 PM |
| To: | flfergusonjr@igc.org |
| Subject: | Sheppard v. COLA, et al. -- Letter re. meet and confer |
| Attachments: | Letter to PC re M&C and MTD 150529.pdf; Meet & Confer Ltr Re MTD Complaint -- COLA 150511.pdf; Informant Call for Service.wav |

| TimeMattersID: | M3AB1A4C2853E593 |
|---|---|
| TM Contact: | COLA SHERIFF FILES |
| TM Contact No: | SHER |
| TM Matter No: | 215006 |
| TM Matter Reference: | SHEPPARD, KEN v. COLA  (2nd Case) |

Hi Franklin,

As promised, I'm sending a letter to you regarding our meet and confer yesterday. I've added some additional points that we did not discuss. I am also enclosing the audio file of the call from the neighbor who complained about Mr. Sheppard, which precipitated Deputy Plunkett's investigation. Let's talk early next week after you've had a chance to review the attachments.

Hope you have a good weekend.

Best regards,

Jennifer

*Jennifer R. Jacobs, Esq.*
**IVIE, McNEILL & WYATT**
444 S. Flower Street, 18th Floor
Los Angeles, CA  90071
Phone: (213) 489-0028
Fax: (213) 489-0552

jjacobs@imwlaw.com
www.imwlaw.com