**Jennifer R. Jacobs (#157609)**
**IVIE, McNEILL & WYATT**
**444 S. Flower Street, Suite 1800**
**Los Angeles, CA 90071**
**(213) 489-0028 / (213) 489-0552 FAX**
Email: jjacobs@imwlaw.com

Attorneys for Defendants,
**COUNTY OF LOS ANGELES, BONNIE HANSON, BOOKER T. HOLLIS, CAROLINE RODRIGUEZ** and **TAI PLUNKETT**

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| KEN SHEPPARD, an individual, | CASE NO. 2:15-CV-2920-SJO (Jcx) |
| | *Hon. S. James Otero – Ctrm. 1, Spring Street* |
| | *Hon. Jacqueline Chooljian, Ctrm. 20, Spring Street* |
| Plaintiff, | **proposed] ORDER RE: MOTION BY DEFENDANTS COUNTY OF LOS ANGELES, BONNIE HANSON, BOOKER T. HOLLIS, CAROLINE RODRIGUEZ AND TAI PLUNKETT TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** |
| vs. | |
| COUNTY OF LOS ANGELES, a local public entity; DEPUTY PLUNKETT (Badge #463466), an individual; DEPUTY HOLLIS (Badge #220214), an individual; DEPUTY RODRIGUEZ (Badge #45412), an individual; DEPUTY HANSON (Badge #488368), an individual; DEPUTY AGTUAL (Badge #523205), an individual; DEPUTY RAMIREZ, an individual and DOES 1-10, inclusive, | **Hearing**: |
| | Date: August 3, 2015 |
| | Time: 10:00 a.m. |
| | Courtroom: 1 - Spring Street |
| | Matter for determination by Hon. S. James Otero |
| Defendants. | |

The motion to dismiss the Plaintiff's First Amended Complaint filed by Defendants **COUNTY OF LOS ANGELES, DEPUTY BONNIE HANSON, SERGEANT BOOKER T. HOLLIS, DEPUTY TAI PLUNKETT**, and **DEPUTY CAROLINE RODRIGUEZ** ("Defendants") came on for hearing before this Court, Franklin Ferguson

1

appearing for plaintiff Ken Sheppard and Jennifer R. Jacobs, Esq., appearing for Defendants.

After consideration of the briefs and arguments, and all other matters presented to the Court, **IT IS HEREBY ORDERED** that Defendants' motion to dismiss Plaintiff's First Amended Complaint is **GRANTED** pursuant to Federal Rules of Civil Procedure, Rule 12(b)(6) on the grounds that the conclusory allegations of the First Amended Complaint fail to state a claim against Defendants.

DATED: _____  _____
**HON. S. JAMES OTERO,
UNITED STATES DISTRICT JUDGE**